JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., a minor by and through her guardian ad litem Breana Shine, individual and as successor-in-interest to Jason Erling Hallstrom, and PHYLLIS HALLSTROM,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, OFFICER PETER C. PICONE, OFFICER JOHN C. RODRIGUEZ, and Does 1-10, inclusive,<br><br>            Defendants. | Case No.:  SACV14-0589 CAS (FFMx)<br><br>**[Proposed] ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that, following stipulation of counsel, the above-entitled matter is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: May 5, 2016

_____
Honorable Christina A. Snyder
United States District Judge

- 1 -